**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| FRANCIS PALARDY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-00626-SDJ-AGD |
| | § | |
| AT&T SERVICES, INC., et al. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 31, 2026, the Report of the Magistrate Judge, (Dkt. #145), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion for Summary Judgment (Dkt. #70) be denied; that Defendant AT&T's Motion for Summary Judgment (Dkt. #79) be granted; that Defendant IBM's Motion for Summary Judgment (Dkt. #80) be granted; and that the case be dismissed with prejudice. The Report further recommended that any relief not addressed by the Report be denied as moot.

On September 14, 2026, Plaintiff filed objections to the Report (Dkt. #147). Then, on September 24, 2026, Defendants filed a response to Plaintiff's objections (Dkt. #148). The Court has conducted a de novo review of Plaintiff's objections to the Report (Dkt. #147) and Defendants' response (Dkt. #148). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. #70) is **DENIED**; that Defendant AT&T's Motion for Summary Judgment (Dkt. #79) is **GRANTED**; that Defendant IBM's Motion for Summary Judgment (Dkt. #80) is **GRANTED**; and that the case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any relief not previously granted is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 28th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE